UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leo Zambrano<br><br>            Plaintiff,<br><br>v.<br><br>Chase Bank U.S.A., N.A.<br><br>            Defendants. | Case No.  CV 18-08050-AB (AFMx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 14, 2018    _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE